683 A.2d 197

PETER TASIGIANNIS, v. SOFIA TASIGIANNIS.

September 10, 1996.

ORDER

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider whether the case should be remanded to the trial court for further consideration and on what terms, including the appointment of a guardian ad litem.

---

683 A.2d 198

STATE OF NEW JERSEY v. E.M.I.

September 17, 1996.

ORDER

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.